**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PERSIS INTERNATIONAL, Inc., and EDWARD F. RICHARDS,<br><br>      Plaintiff,<br><br>v.<br><br>BURGETT, Inc.,<br><br>      Defendant | Case Number:  09-cv-07451<br><br>Judge:  Ronald A. Guzman<br><br>Magistrate Judge:<br>    Michael T. Mason |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**

    TO:  All Counsel of Record

    PLEASE TAKE NOTICE that on Tuesday, August 17, 2010, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned or local counsel hired by the undersigned will appear before the Honorable Judge Guzman, or any Judge sitting in his stead, in Courtroom 1219, at 219 South Dearborn Street, Chicago, Illinois and present the Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), a copy of which is being served upon you herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served the foregoing MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)) on counsel for Plaintiffs via electronic mail and first-class mail, directed to:

>  Jeffrey P. Dunning (dunningj@gtlaw.com)
>  Greenberg Traurig, LLP
>  77 West Wacker Drive
>  Suite 3100
>  Chicago, IL  60601

Dated:  August 13, 2010                    /s Craig A. Simmermon