# United States District Court
## Northern District of Illinois
### Eastern Division

Persis International, Inc., et al          **JUDGMENT IN A CIVIL CASE**

      v.                                              Case Number: 09 C 7451

Burgett, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Persis' motion for summary judgment [193-1] is granted in part and denied in part and Burgett's motion for summary judgment [200-1] is granted. Specifically, Persis' motion for summary judgment on its Counts I through IV is denied while its motion for summary judgment on Burgett's counterclaims is granted. Burgett's motion for summary judgment as to Persis' Counts I through IV is granted. Persis' motion to strike [213-1] is denied for the reasons stated in footnote 7.
     Further, the Court grants Persis' motion for Rule 11 sanctions [197-1]. Persis is directed to file within 14 days of the date of entry of this order a submission, with attached billing entries, detailing the attorney's fees it incurred in association with the filing of the Rule 11 motion.

                                                          Thomas G. Bruton, Clerk of Court

Date: 9/18/2012                                _____
                                                       /s/ Carole Gainer, Deputy Clerk